**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jorge Alberto ARAVALO GALVAN, aka Miguel Torres Esparza, aka Miguel Esparza Torres, Defendant—Appellant.**

**No. 03–10411.**
**D.C. No. CR–02–05050–AWI.**

United States Court of Appeals,
Ninth Circuit.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted March 8, 2006.*

Decided March 14, 2006.

Laurel J. Montoya, USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Ramiro J. Lluis, Los Angeles, CA, for Defendant–Appellant.

Before CANBY, BEEZER and KOZINSKI, Circuit Judges.

### MEMORANDUM **

Jorge Alberto Aravalo Galvan appeals from the 210–month sentence imposed following his guilty-plea conviction for conspiracy to manufacture and distribute methamphetamine, manufacturing methamphetamine, and aiding and abetting, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

